# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

U.S.A. vs. Ronald L. Blue                                        Docket No. 5:13-CR-301-1F

### Petition for Action on Supervised Release

COMES NOW Maurice J. Foy, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ronald L. Blue, who, upon an earlier plea of guilty to Conspiracy to Possess With Intent to Distribute 24.72 Kilograms of Marijuana, was sentenced in the Southern District of Texas by the Honorable Hayden Head, Senior U.S. District Judge, on September 14, 2011, to the custody of the Bureau of Prisons for a term of 24 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

3. The defendant shall be restricted to his home each night from 10:00 PM to 6:00 AM, unless other specific arrangements are made with the probation officer.

Ronald L. Blue was released from custody on June 21, 2013, at which time the term of supervised release commenced in the Eastern District of North Carolina. On October 17, 2013, jurisdiction was transferred to the Eastern District of North Carolina.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant has been on supervised release for one year. He recently graduated from truck driving school and received his commercial driver's license (CDL). He has remained in compliance with his conditions of supervised release and based on his compliance to date and potential employment opportunities, the probation office is recommending that his curfew restriction be removed.

Ronald L. Blue
Docket No. 5:13-CR-301-1F
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that the condition requiring the defendant to be restricted to his home each night from 10:00 PM to 6:00 AM, be removed.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/Maurice J. Foy<br>Maurice J. Foy<br>Sr. U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: (919) 861-8660<br>Executed On: July 14, 2014 |

### ORDER OF COURT

Considered and ordered this 15th day of July, 2014, and ordered filed and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge